**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**JOHN DOE, *et al.*,** *
**Plaintiffs,** *
* **Civil Case No.: SAG-26-3330**
**v.** *
*
**ROBERT GUADIAN, *et al.*,** *
**Defendants.** *
*
* * * * * * * * * * * * *

**ORDER GRANTING TEMPORARY RESTRAINING ORDER**

For the reasons explained in the accompanying Memorandum Opinion, it is this 21st day of August, 2026, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. Plaintiffs' Motion for Temporary Restraining Order (ECF No. 2) is **GRANTED** as follows:
   a. Within fourteen (14) days from the issuance of this Order, Respondents shall take active steps to facilitate Plaintiff John Doe's return to the United States;
   b. If Defendants detain Doe after his return to the United States, he may only be detained in a detention facility within 200 miles of Baltimore, Maryland, and must have reasonable access to legal counsel while detained;
2. Defendants **SHALL** file a status report every business day under seal detailing the specific efforts to facilitate Doe's return to the United States, until he is returned;
3. Defendants **SHALL** immediately transmit this Order to all persons within their respective Offices, Departments, and Agencies responsible for complying with this Court's directive.

Date: August 21, 2026

/s/
Stephanie A. Gallagher
United States District Judge