**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JOHN DOE,** ***et al.*****,** | * | |
| **Plaintiffs,** | * | |
| | * | **Civil Case No.: SAG-26-3330** |
| **v.** | * | |
| | * | |
| **ROBERT GUADIAN,** ***et al.*****,** | * | |
| **Defendants.** | * | |
| | * | |

* * * * * * * * * * * * *

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is, this 14th day of September, 2026, ORDERED that:

1. Defendants' Motion for Reconsideration (ECF No. 16) is DENIED;
2. The Court's Temporary Restraining Order (ECF No. 6) is converted into a Preliminary Injunction, and Defendants may only detain Doe within a 200-mile radius of Baltimore, Maryland;
3. Plaintiff John Doe shall post security of $1.00; and
4. Plaintiffs are to file an amended complaint on or before September 28, 2026.

/s/
Stephanie A. Gallagher
United States District Judge