**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JOHN DOE, *et al.*,** | * | |
| **Plaintiffs,** | * | |
| | * | **Civil Case No.: SAG-26-3330** |
| **v.** | * | |
| | * | |
| **ROBERT GUADIAN, *et al.*,** | * | |
| **Defendants.** | * | |
| | * | |

* * * * * * * * * * * * *

**ORDER**

This Court has reviewed Plaintiff's Motion to Stay, ECF 53, and no opposition has been filed. It is, this 15th day of October, 2026, ORDERED:

1. The Motion to Stay all Proceedings, ECF 53, is GRANTED as unopposed;
2. This case is STAYED pending a decision of the Third Circuit; and
3. Counsel are directed to promptly notify this court once the Third Circuit reaches a decision.

Date: October 15, 2026

/s/
Stephanie A. Gallagher
United States District Judge